# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

GREAT AMERICAN ALLIANCE
INSURANCE COMPANY,

        Plaintiff,

    v.

MIKKEY PERRY,

        Defendant.

CIVIL ACTION NO.: 4:24-cv-171

## O R D E R

On December 13, 2024, the Court administratively closed this action as the case had settled. (Doc. 34.)  Before the Court is a Joint Stipulation of Dismissal, signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties stipulate to the dismissal of this matter with prejudice, with each side to bear its own costs, expenses and attorneys' fees.  (Doc. 39.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **REOPEN** this case, **TERMINATE** all pending motions as moot, (doc. 35), and **CLOSE** this case.

    **SO ORDERED**, this 5th day of March, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA